IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60809
Conference Calendar

_____

ABNER LAGUERRE,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A72-041-448
- - - - - - - - - -
August 14, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Abner Laguerre appeals the Board of Immigration Appeals'

decision dismissing his appeal from the immigration judge's

decision to deny Laguerre's application for asylum and for a

withholding of deportation.  We have reviewed the record and the

briefs and determine that the Board's decision is supported by

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

substantial evidence.  See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.